UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
In re:

JAMES WINTHROP
aka JAMES J. WINTHROP
JACQUELINE WINTHROP
aka JACQUELINE G. WINTHROP.

Debtor,
-----------------------------------------------------------X

Chapter 7

Case No.: 18-77532-las

## APPLICATION FOR RETENTION OF ATTORNEYS FOR TRUSTEE

TO THE HONORABLE LOUIS A. SCARCELLA BANKRUPTCY JUDGE:

The application of RICHARD L. STERN, respectfully represents:

1. That he is the Trustee herein, duly qualified and acting as such.

2. The Debtor filed a Petition under Chapter 7 of the Bankruptcy Code on November 7, 2018. Applicant was appointed Trustee of this estate shortly thereafter.

3. That applicant desires to retain MACCO & STERN, LLP, of 2950 Express Drive South, Suite 109, Islandia, New York 11749 as his attorneys herein as of the bankruptcy filing date.

4. That Applicant has selected said attorneys for the reasons that such attorneys are familiar with bankruptcy practice and are well qualified to act in the capacity as attorneys for the Trustee.

5. To the best of Applicant's knowledge, said attorneys have no connection with the Debtor, or any other party in interest or their respective attorneys.

6. That the current billing rates for the law firm of MACCO & STERN, LLP is the sum of $525.00 for partner's time which consists of Michael J. Macco and Richard L. Stern, $450.00 for senior associate's time, and $350.00 for junior associates.

7. There has been no compensation paid to the firm, nor has there been any promise of compensation.

8. That applicant has not previously rendered professional services to the Debtor.

9. That MACCO & STERN, LLP, represent no interest adverse to the Trustee or to the estate in the matters upon which they are to be engaged herein, and their employment would be in the best interests of the estate.

10. The trustee believes that it is in the interest of the estate to retain general bankruptcy counsel at this time. The Trustee and his counsel are pursuing a sale of the debtors residence.

WHEREFORE, Applicant prays for the annexed Order, for which no previous application has been made.

Dated: Islandia, New York
       November 12, 2018                 /s/ Richard L. Stern

                                                    RICHARD L. STERN
                                                    Chapter 7 Trustee

Case No.: 18-77532-las
Chapter 7

**UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK**

---

In Re:

JAMES WINTHROP
JACQUELINE WINTHROP

Debtor,

---

**ORDER AND APPLICATION FOR RETENTION OF ATTORNEYS FOR TRUSTEE**

---

RICHARD L. STERN
Chapter 7 Trustee
2950 EXPRESS DRIVE SOUTH
SUITE 109
ISLANDIA, NY 11749
(631) 549-7900