UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X
In re:

    JAMES WINTHROP
    aka JAMES J. WINTHROP
    JACQUELINE WINTHROP
    aka JACQUELINE G. WINTHROP

    Debtor.

Chapter 7

Case No.:18-77532-las

**AFFIDAVIT**

------------------------------------------------------------X

STATE OF NEW YORK  )
                            ) ss:
COUNTY OF SUFFOLK  )

    MICHAEL J. MACCO, ESQ., being duly sworn, deposes and says:

    1.    I am an attorney at law admitted to practice before this Court and I am a member of the firm of MACCO & STERN, LLP, which maintains its offices at 2950 Express Drive South, Suite 109, Islandia, New York 11749.

    2.    That deponent's firm has no present connection with the above debtors, its creditors or any other party in interest, or its respective attorneys and accountants.

    3.    Your deponent and your deponent's firm represent no adverse interest to the above captioned estate. The undersigned is the attorney who will bear primary responsibility for the representation whose authority is sought herein.

    4.    That the undersigned has read and is generally familiar with (1) the Bankruptcy Reform Act of 1978 (11 U.S.C.); (2) The Bankruptcy Rules; (3) The Local Rules of the United States Bankruptcy Court for the Eastern District of New York.

    5.    That the undersigned is competent to represent the interests of the entity on whose behalf representation is now sought in all proceedings now pending or which may reasonably be expected to be pending in this Court in the foreseeable future.

6. Based on the foregoing, I believe the firm of MACCO & STERN, LLP, is a "disinterested person" within the meaning of Sections 101(14) and 327 of the Bankruptcy Code.

/s/ Michael J. Macco
_____
MICHAEL J. MACCO

Sworn to before me this
12th day of November, 2018
/s/ Loni Bragin
NOTARY PUBLIC
Loni Bragin
Notary Public, State of New York
No.01BR6172194
Qualified in Suffolk County
Commission Expires August 6, 2019