UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

_____

In Re:

James Winthrop  AKA James J. Winthrop
Jacqueline Winthrop  AKA Jacqueline G. Winthrop

        Debtors.

_____

**NOTICE OF APPEARANCE**

Case No.: 18-77532-las
(Chapter 7)

Assigned to:
Hon. Louis A. Scarcella
Bankruptcy Judge

     PLEASE TAKE NOTICE, that the undersigned hereby appears on behalf of Rushmore Loan Management Services, LLC in the within proceeding with regard to its interest in the property known as 103 Waterhole Road, East Hampton, NY 11937.

     Please send copies of all Notices and all papers filed in the case to the undersigned. Further, please add our firm to the mailing matrix.

DATED:    January 8, 2019
                Williamsville, New York

                                        Yours,
                                        GROSS POLOWY, LLC
                                        Attorneys for Rushmore Loan Management Services, LLC

*[signature: Courtney R. Williams]*

                                        Courtney R Williams, Esq.
                                        Gross Polowy, LLC
                                        1775 Wehrle Drive, Suite 100
                                        Williamsville, NY 14221
                                        Telephone (716)204-1700

TO:

By ECF:

    Clerk, United States Bankruptcy Court
    Eastern District Of New York

    Heath S. Berger, Esq.      Attorney for Debtors

    Richard L. Stern, Esq.      Chapter 7 Trustee